ERIC MENDOZA V. STATE OF TEXAS

NO. 07-99-0446-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JULY 27, 2000

______________________________

ERIC MENDOZA,

Appellant

V.

STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 251ST DISTRICT COURT OF RANDALL COUNTY;

NO. 9,043-C; HON. PATRICK PIRTLE, PRESIDING

_______________________________

ON APPELLANT’S MOTION TO DISMISS

_______________________________

Before BOYD, C.J., and QUINN and JOHNSON, JJ.

On July 11, 2000, appellant, Eric Mendoza, filed a pro se “Petition to Dismiss.”  The document, signed by appellant, requests that the appeal be voluntarily dismissed.  Appellant is not represented by counsel.  

No decision having been delivered prior to the receipt of the request for dismissal of the appeal, and all conditions applicable to the voluntary dismissal of a criminal appeal having been met, it is ordered that the appeal be dismissed pursuant to Texas Rule of Appellate Procedure 42.2 (a).

Having dismissed the appeal at the personal request of appellant, no motion for rehearing will be entertained, and this Court’s mandate shall issue forthwith.

Brian Quinn

    Justice

Do not publish.